STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

HOWARD DELACRUZ-BANCROFT,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No. D-202-CV-2022-06858

FIELD NATION, LLC; SPARTAN
COMPUTER SERVICES/NATIONAL
SERVICE CENTER; AND
JACK IN THE BOX INC.,

    Defendants.

## NOTICE OF REMOVAL TO FEDERAL COURT

**TO:　CLERK OF THE STATE OF NEW MEXICO, COUNTY OF BERNALILLO, SECOND JUDICIAL DISTRICT**

PLEASE TAKE NOTICE that the above-captioned action, filed in the State of New Mexico, County of Bernalillo, Second Judicial District, entitled *Howard Delacruz-Bancroft v. Field Nation, LLC, Spartan Computer Services/National Service Center aka SCS/NSC, and Jack In The Box Inc.*, has been removed to the United States District Court for the District of New Mexico.

The Notice of Removal of the above-captioned action from the State of New Mexico, County of Bernalillo, Second Judicial District, to the United States District Court for the District of New Mexico, was filed on January 9, 2023, in the United States District Court for the District of New Mexico. A true and correct copy of the Notice of Removal is attached hereto as **Exhibit A**.

1

Respectfully submitted this 9th day of January, 2023.

LITTLER MENDELSON, P.C.

*/s/ Shawn Oller*
R. Shawn Oller (NM State Bar No. 8787)
soller@littler.com
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:602.474.3600
Facsimile: 602.957.1801

Jay J. Athey
JAthey@littler.com
201 Third Street NW, Suite 500
Albuquerque, NM  87102
505.944.9693 (telephone)
505.213.0415 (facsimile)

*Attorneys for Defendant Field Nation, LLC*

I hereby certify that, on January 9, 2023, I served a copy of this document via Odyssey File & Serve on all counsel of record as follows:

Howard DeLaCruz-Bancroft, *Plaintiff Pro Se*
P.O. Box 1985
Albuquerque, NM 87192
Email: webglobix@gmail.com

*/s/ Shawn Oller*
Shawn Oller

4861-4389-7416.2 / 089026-1021