# EXHIBIT 2

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

HOWARD DELACRUZ-BANCROFT,

     Plaintiff,

v.                                   Case No. D-202-CV-2022-06858

FIELD NATION, LLC; SPARTAN
COMPUTER SERVICES/NATIONAL
SERVICE CENTER; AND
JACK IN THE BOX INC.,

     Defendants.

## NOTICE TO ADVERSE PARTY OF
## <u>REMOVAL OF CIVIL ACTION TO FEDERAL COURT</u>

**TO:   PLAINTIFF HOWARD DELACRUZ-BANCROFT, PRO SE**

     PLEASE TAKE NOTICE that on January 9, 2023, Defendant Field Nation, LLC filed a Notice of Removal of Civil Action in the United States District Court for the District of New Mexico. A copy of the Notice of Removal of Civil Action was filed and is served contemporaneously herewith and attached as **Exhibit A.**

     Respectfully submitted this 9th day of January, 2023.

                           LITTLER MENDELSON, P.C.

                           */s/ Shawn Oller*
                           R. Shawn Oller (NM State Bar No. 8787)
                           soller@littler.com
                           Camelback Esplanade
                           2425 East Camelback Road, Suite 900
                           Phoenix, AZ  85016
                           Telephone:602.474.3600
                           Facsimile: 602.957.1801

1

Jay J. Athey
JAthey@littler.com
201 Third Street NW, Suite 500
Albuquerque, NM  87102
505.944.9693 (telephone)
505.213.0415 (facsimile)

*Attorneys for Defendant Field Nation, LLC*

I hereby certify that, on January 9, 2023, I served a copy of this document via Odyssey File & Serve on all counsel of record as follows:

Howard DeLaCruz-Bancroft, *Plaintiff Pro Se*
P.O. Box 1985
Albuquerque, NM 87192
Email: webglobix@gmail.com

*/s/ Shawn Oller*
Shawn Oller

2