UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOWARD DELACRUZ-BANCROFT,

    Plaintiff,

v.                                                                                        Case No. 1:23-CV-00023

FIELD NATION, LLC; SPARTAN
COMPUTER SERVICES/NATIONAL
SERVICE CENTER; AND
JACK IN THE BOX INC.,

    Defendants.

## NOTICE OF APPEARANCE

Littler Mendelson, P.C. (Jay J. Athey) hereby enters his appearance as co-counsel for Defendant Field Nation, LLC in the above-captioned action.

Respectfully submitted this 11th day of January, 2023.

                                                LITTLER MENDELSON, P.C.

                                                /s/ Jay J. Athey
                                                Jay J. Athey
                                                JAthey@littler.com
                                                201 Third Street NW, Suite 500
                                                Albuquerque, NM  87102
                                                505.944.9693 (telephone)
                                                505.213.0415 (facsimile)

R. Shawn Oller (NM State Bar No. 8787)
soller@littler.com
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
Facsimile: 602.957.1801

*Attorneys for Defendant Field Nation, LLC*

I hereby certify that, on this 11th day of January, 2023, I filed the foregoing using CM/ECF, which caused service by electronic means on Plaintiff and all counsel of record as follows:

Howard DeLaCruz-Bancroft, *Plaintiff Pro Se*
P.O. Box 1985
Albuquerque, NM 87192
Email: webglobix@gmail.com

