UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOWARD DELACRUZ-BANCROFT,

  Plaintiff,         Case No. 1:23-cv-00023

  v.

FIELD NATION LLC, SPARTAN COMPUTER
SERVICES/NATIONAL SERVICE CENTER
AKA SCS/NSC, JACK IN THE BOX INC.,

  Defendants.

## **NOTICE OF APPEARANCE**

  Sutin, Thayer & Browne APC (Andrew J. Simons and Alex G. Elborn) hereby enters its appearance as counsel for Defendant NewBold Corporation, on behalf of its division National Service Center, in the above-captioned action.

  Respectfully submitted this 17th day of January, 2023.

              SUTIN, THAYER & BROWNE
              A Professional Corporation

              By: ___*/s/ Andrew J. Simons*___
                Andrew J. Simons
                Alex G. Elborn
              Post Office Box 1945
              Albuquerque, New Mexico 87103-1945
              (505) 883-2500
              ajs@sutinfirm.com
              age@sutinfirm.com
              *Attorneys for Defendants NewBold*
              *Corporation On behalf of its division,*
              *National Service Center*

I hereby certify that a true and correct
copy of the foregoing Notice of
Appearance was filed with the Court
electronically using the CM/ECF

System, which caused all counsel of record to be served, and was served via first class mail and email, on January 17, 2023 to:

Howard DeLaCruz-Bancroft
P.O. Box 1985
Albuquerque, NM 87192
comvetrix@gmail.com
*Plaintiff Pro Se*

And via email to:

GORDON REES SCULLY MANSUKHANI, LLP
Christopher R. Jones
Jaime L. Wiesenfeld
cjones@grsm.com
jwiesenfeld@grsm.com
*Attorneys for Jack in the Box Inc.*

LITTLER MENDELSON, P.C.
Jay J. Athey
JAthey@littler.com
*Attorneys for Defendant Field Nation, LLC*

By: __/s/ Andrew J. Simons__