UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOWARD DELACRUZ-BANCROFT,

      Plaintiff,                                      Case No. 1:23-cv-00023

      v.

FIELD NATION LLC, SPARTAN COMPUTER
SERVICES/NATIONAL SERVICE CENTER
AKA SCS/NSC, JACK IN THE BOX INC.,

      Defendants.

## CORPORATE DISCLOSURE OF DEFENDANT NEWBOLD CORPORATION, ON BEHALF OF ITS DIVISION NATIONAL SERVICE CENTER

Pursuant to Fed. R. Civ. P. 7.1, Defendant NewBold Corporation, on behalf of its division National Service Center, states that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

                                                         Respectfully Submitted,

                                                         SUTIN, THAYER & BROWNE
                                                         A Professional Corporation

                                                         By:    */s/ Andrew J. Simons*
                                                                Andrew J. Simons
                                                                Alex G. Elborn
                                                         Post Office Box 1945
                                                         Albuquerque, New Mexico 87103-1945
                                                         (505) 883-2500
                                                         ajs@sutinfirm.com
                                                         age@sutinfirm.com
                                                         *Attorneys for Defendants NewBold Corporation On behalf of its division, National Service Center*

I hereby certify that a true and correct
copy of the foregoing Corporate
Disclosure was filed with the Court

1

electronically using the CM/ECF System, which caused all counsel of record to be served, and was served via first class mail and email, on January 17, 2023 to:

Howard DeLaCruz-Bancroft
P.O. Box 1985
Albuquerque, NM 87192
comvetrix@gmail.com
*Plaintiff Pro Se*

And via email to:

GORDON REES SCULLY MANSUKHANI, LLP
Christopher R. Jones
Jaime L. Wiesenfeld
cjones@grsm.com
jwiesenfeld@grsm.com
*Attorneys for Jack in the Box Inc.*

LITTLER MENDELSON, P.C.
Jay J. Athey
JAthey@littler.com
*Attorneys for Defendant Field Nation, LLC*

By: __/s/ Andrew J. Simons__