**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

HOWARD DELACRUZ-BANCROFT,

    Plaintiff,

vs.

FIELD NATION LLC, SPARTAN
COMPUTER SERVICES / NATIONAL      No.: 1:23-CV-00023-KRS-KK
SERVICE CENTER AKA SCS/NSC, and
JACK IN THE BOX INC.

    Defendants.

## ENTRY OF APPEARANCE

Jaime L. Wiesenfeld, of the law firm Gordon Rees Scully Mansukhani, LLP, hereby enters her appearance on behalf of Defendant Jack in the Box, Inc. The undersigned certifies she is a member in good standing of the bar of this court.

DATED this the 18th day of January 2023.

    Respectfully submitted:

    By: */s/ Jaime L. Wiesenfeld*
    Jaime L. Wiesenfeld, # 21825
    GORDON REES SCULLY MANSUKHANI, LLP
    555 Seventeenth St., Suite 3400
    Denver, CO 80202
    Telephone: (303) 534-5160
    Facsimile: (303) 534-5161
    crjones@grsm.com
    *Attorneys for Jack in the Box Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served through the Court's e-filing system upon counsel of record and to *pro se* Plaintiff as set forth below on this the 18th day of January 2023:

Howard DeLaCruz-Bancroft
P.O. Box 1985
Albuquerque, NM 87192
comvetrix@gmail.com
webglobix@gmail.com
*Plaintiff*

Jay J. Athey
R. Shawn Oller
LITTLER MENDELSON P.C.
201 Third Street NW, Suite 500
Albuquerque, NM  87102
JAthey@littler.com

and

2425 East Camelback Rd., Ste. 900
Phoenix, AZ  85016
soller@litter.com
*Attorneys for Defendant Field Nation, LLC*

Andrew J. Simons
Alex G. Elborn
SUTIN, THAYER & BROWNE, P.C.
P.O. Box 1945
Albuquerque, NM  87103-1945
ajs@sutinfirm.com
age@sutinfirm.com
*Attorneys for Defendant NewBold Corporation*
*On behalf of its division,*
*National Service Center*

/s/ *Karla Freeman*