**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

HOWARD DELACRUZ-BANCROFT,

Plaintiff,

v. Case No. 1:23-CV-00023-KRS-KK

FIELD NATION, LLC; SPARTAN COMPUTER SERVICES/NATIONAL SERVICE CENTER; AND JACK IN THE BOX INC.,

Defendants.

**NOTICE OF FILING OF AMENDED**
**NOTICE OF REMOVAL OF CIVIL ACTION**

Defendant Field Nation, LLC ("Field Nation") hereby notifies the Court and counsel that it is filing an Amended Notice of Removal of Civil Action [Doc. 1, filed 01.09.23] ("Notice of Removal"). The Amended Notice of Removal is attached hereto in accordance with the Court's Order to Cure, Doc. 10, dated January 18, 2023.

The purpose for filing the Amended Notice of Removal is to include a short and plain statement of the grounds for removal. The original Notice of Removal did not include this information, as the Notice to the State Court was inadvertently filed in this Court.

Respectfully submitted this 20th day of January, 2023.

LITTLER MENDELSON, P.C.

Jay J. Athey
JAthey@littler.com
201 Third Street NW, Suite 500
Albuquerque, NM 87102
505.944.9693 (telephone)
505.213.0415 (facsimile)

R. Shawn Oller (NM State Bar No. 8787)
soller@littler.com
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone:602.474.3600
Facsimile: 602.957.1801

*Attorneys for Defendant Field Nation, LLC*

I hereby certify that, on this 20th day of January, 2023, I filed the foregoing using CM/ECF, which caused service by electronic means on Plaintiff and all counsel of record as follows:

Howard DeLaCruz-Bancroft, *Plaintiff Pro Se*
P.O. Box 1985
Albuquerque, NM 87192
Email: webglobix@gmail.com

Christopher R. Jones
Jaime L. Wiesenfeld
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth St., Suite 3400
Denver, CO 80202
Email: cjones@grsm.com
jwiesenfeld@grsm.com
*Attorneys for Jack in the Box Inc.*

Andrew J. Simons
Alex G. Elborn
Post Office Box 1945
SUTIN, THAYER & BROWNE
Albuquerque, NM 87103-1945
Email: ajs@sutinfirm.com
age@sutinfirm.com
*Attorneys for Defendants NewBold Corporation On behalf of its division, National Service Center*

Jay J. Athey