UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOWARD DELACRUZ-BANCROFT,

    Plaintiff,

v.                                                  Case No. 1:23-CV-00023-KRS-KK

FIELD NATION, LLC; SPARTAN
COMPUTER SERVICES/NATIONAL
SERVICE CENTER; AND
JACK IN THE BOX INC.,

    Defendants.

## **DEFENDANT FIELD NATION, LLC'S RULE 7.1 CORPORATE DISCLOSURE**

COMES NOW, Defendant Field Nation, LLC, by and through its counsel of record, Littler Mendelson, P.C. (Jay J. Athey and Shawn Oller), pursuant to Fed. R. Civ. P. 7.1, and hereby submits its Corporate Disclosure, as follows:

Field Nation, LLC's parent company is Field Nation Holdings LLC. There is no publicly-held corporation owning 10% or more of Field Nation, LLC's stock.

Respectfully submitted this 23rd day of January, 2023.

                                                            LITTLER MENDELSON, P.C.

                                                            Jay J. Athey
                                                            JAthey@littler.com
                                                            201 Third Street NW, Suite 500
                                                            Albuquerque, NM  87102
                                                            505.944.9693 (telephone)
                                                           505.213.0415 (facsimile)

1

R. Shawn Oller (NM State Bar No. 8787)
soller@littler.com
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:602.474.3600
Facsimile: 602.957.1801

*Attorneys for Defendant Field Nation, LLC*

I hereby certify that, on this 23rd day of January, 2023, I filed the foregoing using CM/ECF, which caused service by electronic means on Plaintiff and all counsel of record as follows:

Howard DeLaCruz-Bancroft, *Plaintiff Pro Se*
P.O. Box 1985
Albuquerque, NM 87192
Email: webglobix@gmail.com

Christopher R. Jones
Jaime L. Wiesenfeld
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth St., Suite 3400
Denver, CO 80202
Email: cjones@grsm.com
       jwiesenfeld@grsm.com
*Attorneys for Jack in the Box Inc.*

Andrew J. Simons
Alex G. Elborn
Post Office Box 1945
SUTIN, THAYER & BROWNE
Albuquerque, NM 87103-1945
Email: ajs@sutinfirm.com
       age@sutinfirm.com
*Attorneys for Defendants NewBold Corporation On behalf of its division, National Service Center*

/s/ Jay J. Athey
Jay J. Athey

2