IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOWARD DELACRUZ-BANCROFT,

    Plaintiff,

v.                                    Civ. No. 23-23 KRS/KK

FIELD NATION, LLC, *et al.*,

    Defendants.

### ORDER FINDING GOOD CAUSE TO DELAY
### AND SETTING CONSENT DEADLINE

Pursuant to Federal Rule of Civil Procedure 16(b)(2), the Court FINDS that there is good cause to delay entering a scheduling order in this case at this time pending resolution of two motions that were filed before the case was removed to federal court, *i.e.*, (1) Defendant NewBold Corporation's Motion to Dismiss the Complaint (Doc. 1-1 at 25-30), filed in state court on December 14, 2022, and (2) Defendant Jack in the Box Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (Doc. 1-1 at 31-40), filed in state court on December 20, 2022. This finding is without prejudice to Plaintiff's ability to timely file a properly supported motion for jurisdictional discovery, if appropriate.

Pursuant to Federal Rule of Civil Procedure 73(b)(2), the parties are reminded that a magistrate judge was assigned as the trial judge in this matter under 28 U.S.C. § 636(c). The parties are advised that the Clerk will reassign this matter to a district judge as the trial judge unless consents from all parties have been filed by **Thursday, February 16, 2023**. The parties are free to withhold consent.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE