# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**HOWARD DELACRUZ-BANCROFT,**

    **Plaintiff,**

vs.

**FIELD NATION LLC, SPARTAN COMPUTER SERVICES / NATIONAL SERVICE CENTER AKA SCS/NSC, and JACK IN THE BOX INC.**

No.:  1:23-CV-00023-KRS-KK

    **Defendants.**

### DEFENDANT JACK IN THE BOX, INC.'S
### CORPORATE DISCLOSURE STATEMENT
### AND CERTIFICATE OF INTERESTED PARTIES

Defendant Jack in the Box, Inc. ("JITB"), by and through its attorneys and pursuant to Fed. R. Civ. P. 7.1, states:

1. JITB is a publicly held corporation (NASDAQ: JACK).

2. JITB does not have a parent corporation.

3. As of this filing, no publicly held corporations own 10% or more of JITB's stock.

4. Additionally, JITB believes that the following are financially interested in the outcome of this litigation as indicated by the current state of the pleadings:

    a. Howard Delacruz-Bancroft, Plaintiff;

    b. Field Nation LLC, Defendant; and

    c. Spartan Computer Services / National Service Center aka SCS/NCS, Defendant.

Should other parties be added to this lawsuit who may become financially interested in the outcome of this litigation, JITB will promptly file an amended certificate identifying such interested parties.

DATED this the 1st day of February 2023.

Respectfully submitted:

By:  */s/ Christopher R. Jones*
Christopher R. Jones, #152060
Jaime L. Wiesenfeld, # 21825
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth St., Suite 3400
Denver, CO 80202
Telephone:  (303) 534-5160
Facsimile:  (303) 534-5161
crjones@grsm.com
jwiesenfeld@grsm.com
*Attorneys for Jack in the Box Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served through the Court's e-filing system upon counsel of record and to *pro se* Plaintiff as set forth below on this the 1st day of February 2023:

Howard DeLaCruz-Bancroft
P.O. Box 1985
Albuquerque, NM 87192
comvetrix@gmail.com
webglobix@gmail.com
*Plaintiff*

Jay J. Athey
R. Shawn Oller
LITTLER MENDELSON P.C.
201 Third Street NW, Suite 500
Albuquerque, NM  87102
JAthey@littler.com

*and*

2425 East Camelback Rd., Ste. 900
Phoenix, AZ  85016
soller@litter.com
*Attorneys for Defendant Field Nation, LLC*

Andrew J. Simons
Alex G. Elborn
SUTIN, THAYER & BROWNE, P.C.
P.O. Box 1945
Albuquerque, NM  87103-1945
ajs@sutinfirm.com
age@sutinfirm.com
*Attorneys for Defendant NewBold Corporation*
*On behalf of its division,*
*National Service Center*

/s/ *Christopher R. Jones*