

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOWARD DELACRUZ-BANCROFT,

      Plaintiff,

v.

FIELD NATION LLC, SPARTAN COMPUTER
SERVICES/NATIONAL SERVICE CENTER
AKA SCS/NSC, JACK IN THE BOX INC.,

      Defendants.

Case No. 1:23-cv-00023 KRS-KK

## MOTION FOR PERMISSION TO E-FILE USING CM/ECF

    Although, an online request for access to E-File was completed using the CM/ECF system. I understand as per statement by the court clerk it is necessary to file a motion for permission to E-File using the CM/ECF system as is required by non-attorney litigants.

I hereby request leave of this court to E-File using the CM/ECF system. I state for the record I have all the necessary accounts to include PACER and technical equipment, tools and software to adequately complete and fulfill all the courts requirements for such.

Respectfully Submitted,

By: _____

Howard DeLaCruz-Bancroft
P.O. Box 11985
Albuquerque, NM 87192
(505) 489-5403
comvetrix@gmail.com
Plaintiff, In Propia Persona

I hereby certify that a true and accurate
copy of the foregoing was filed with this Court
and served to the defendants via first class mail
and emailed on February 17, 2023