IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOWARD DELACRUZ-BANCROFT,

    Plaintiff,

vs.                                                Civ. No. 23-0023 KRS/KK

FIELD NATION, LLC; SPARTAN
COMPUTER SERVICES/NATIONAL
SERVICE CENTER; AND
JACK IN THE BOX INC.,

    Defendants.

**ORDER GRANTING MOTION FOR PERMISSION TO E-FILE USING CM/ECF**

THIS MATTER is before the Court upon pro se Plaintiff Howard DeLaCruz-Bancroft's Motion for Permission to E-File Using CM/ECF, dated February 17, 2023, in which Plaintiff requests permission to file electronically in this case. (*See* Doc. 17.)

The Court grants Plaintiff permission to file electronically in this case only. *See* Guide for Pro Se Litigants at 13, District of New Mexico (November 2019) ("approval to electronically file documents within a case must be granted by the presiding judge for each case in which the *pro se* litigant wishes to file using their CM/ECF account"). The Court will revoke permission to file electronically if Plaintiff abuses his electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual. Account registration forms, procedure manuals, and other information can be obtained at the Court's website at https://www.nmd.uscourts.gov/filing-information. This Order only grants Plaintiff permission to

1

participate in CM/ECF; Plaintiff is responsible for registering to become a participant. *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised December 2019).

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE