

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2023 APR 11   AM 8:47

*SG*

CLERK-ALBUQUERQUE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

HOWARD DELACRUZ-BANCROFT,

        Plaintiff,

           v.

FIELD NATION LLC, SPARTAN COMPUTER
SERVICES/NATIONAL SERVICE CENTER, SCS/NSC AKA NEW BOLD,
JACK IN THE BOX INC.,

        Defendants.

Case No. 1:23-cv-00023 JB/kk

### <u>REQUEST FOR CLERK TO UPDATE FEDERAL DOCKETING STATEMENT WITH PLEADINGS FROM STATE DISTRICT COURT TO INCLUDE PLAINTIFF'S RESPONSE TO DEFENDANT SPARTAN COMPUTER SERVICES/NATIONAL SERVICE CENTER SCS/NSC AKA NEW BOLD'S MOTION TO DISMISS</u>

        Plaintiff, Howard DeLaCruz-Bancroft, pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, hereby requests that the clerk of court to update the federal docket statement to include all the pleadings from the state district court for this instant case.

        Plaintiff is not a lawyer trained in matters of federal or state law and is not expected to know and understand all the technicalities that might be submitted by opposing counsel.

        Plaintiff, responded with a MOTION TO STRIKE, CONSIDERATION FOR MOTION TO AMEND AS RESPONSE TO MOTION TO DISMISS AND OBJECTION FOR REMOVAL TO FEDERAL COURT and REQUEST FOR HEARING in Case No.: **CV202206858** in the State of New Mexico, Second Judicial District Court that was filed and conformed on January 11, 2023.

I was told by the New Mexico District Court that this put an automatic hold on the federal proceeding and all documents would be included in the federal court record.

I certified service to the Defendants to include the office of Sutin, Thayer and Browne attorneys for SCS/NSC/Spartan Computer Services aka New Bold via U.S. first class mail in the pleading on January 11, 2023. I have the receipts for the postage to defendant's attorney c/o Andrew J. Simons, P.O. Box 1945, Albuquerque, NM 87103 (505) 883-2500.

The pleading is referenced in the Second Judicial District Court docketing statement and I hereby request the Clerk of this Court to update the federal docketing statement with pleadings from the state district court in this instant case to include Plaintiff's response to Defendant SCS/NSC Spartan Computer Services, National Service Center aka New Bold's Motion to Dismiss as part of the federal court record.

I, the Plaintiff, Howard DeLaCruz-Bancroft, attempted to submit this filing via the CM/ECF system on April 10, 2023 but was not able because the CIVIL tab was not available. I contacted support and talked to Joey and he said to submit an email to cmef@nmd.uscourts.gov which I did but I will just submit this request physically until that problem is resolved.

Respectfully Submitted,

By: Howard DeLaCruz-Bancroft
Howard DeLaCruz-Bancroft
P. O. Box 11985
Albuquerque, NM 87192
(505) 489-5403
comvetrix@gmail.com
Plaintiff, In Propia Persona

I hereby certify that a true and accurate copy of the foregoing was electronically filed with this Court and served to the defendants via first class mail and emailed on April 11, 2023.