UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOWARD DELACRUZ-BANCROFT,

    Plaintiff,

v.    Case No. 1:23-CV-00023-JB-KK

FIELD NATION, LLC; SPARTAN
COMPUTER SERVICES/NATIONAL
SERVICE CENTER; AND
JACK IN THE BOX INC.,

    Defendants.

## NOTICE OF COMPLETIONG OF BREIFING

Defendant Field Nation, LLC states the following for its notice certifying that Defendant Field Nation, LLC's Motion to Compel Arbitration and to Dismiss Plaintiff's Claims is ready for decision.

1. Defendant Field Nation, LLC filed its Motion to Compel Arbitration and to Dismiss Plaintiff's Claims ("Motion") on March 24, 2023, Document 23.

2. Plaintiff's deadline to respond to Defendant Field Nation, LLC's Motion was due to the Court on April 7, 2023. To date, no response has been filed.

3. Defendant Field Nation, LLC filed its Reply in Support of its Motion on April 27, 2023, Document 28.

Accordingly, the Motion is ripe for decision.

LITTLER MENDELSON, P.C.

/s/ Jay J. Athey

Jay J. Athey
JAthey@littler.com
201 Third Street NW, Suite 500
Albuquerque, NM  87102
505.944.9693 (telephone)
505.213.0415 (facsimile)

R. Shawn Oller (NM State Bar No. 8787)
soller@littler.com
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:602.474.3600
Facsimile: 602.957.1801

*Attorneys for Defendant Field Nation, LLC*

I hereby certify that, on this 28th day of April 2023, I filed the foregoing using CM/ECF, which caused service by electronic means on Plaintiff and all counsel of record as follows:

Howard DeLaCruz-Bancroft
P.O. Box 11985
Albuquerque, NM 87192
Email: webglobix@gmail.com
*Plaintiff, Pro Se*

Christopher R. Jones
Jaime L. Wiesenfeld
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth St., Suite 3400
Denver, CO 80202
Email: cjones@grsm.com
       jwiesenfeld@grsm.com

*Attorneys for Jack in the Box Inc.*

Andrew J. Simons
Alex G. Elborn
Post Office Box 1945
S<span>UTIN</span>, T<span>HAYER</span> & B<span>ROWNE</span>
Albuquerque, NM 87103-1945
Email: ajs@sutinfirm.com
       age@sutinfirm.com

*Attorneys for Defendants NewBold Corporation On behalf of its division, National Service Center*

*/s/ Jay J. Athey*

Jay J. Athey