IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOWARD DELACRUZ-BANCROFT,

        Plaintiff,

vs.

FIELD NATION LLC, SPARTAN               No.: 1:23-cv-00023 JB-KK
COMPUTER SERVICES / NATIONAL
SERVICE CENTER AKA SCS/NSC, and
JACK IN THE BOX INC.
        Defendants.

## NOTICE OF COMPLETION OF BRIEFING

Defendant Jack in the Box Inc., by and through counsel, Gordon Rees Scully Mansukhani, LLP, hereby gives notice pursuant to D.N.M.LR-Civ. 7.4(e) that briefing is complete on *Jack in the Box Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim* (the "Motion to Dismiss"), and the same is ripe for ruling.  As grounds:

1. The Motion to Dismiss was filed in state court on December 20, 2022, seeking dismissal of Plaintiff's claims for lack of personal jurisdiction in Case No. D-202-CV-2022-06585.

2. On January 9, 2023, this matter was removed to the present forum.

3. After removal, on January 10 and 11, 2023, Plaintiff filed in state court two motions that could be interpreted as containing statements responsive to the Motion to Dismiss. However, the Court should not consider those motions as they were filed after removal. *See Alexander v. Kirkpatrick*, No. 19-CV-0509 JB/SMV, 2019 WL 4164882, at *2 (D.N.M. Sept. 3, 2019).

4. Jack in the Box Inc. did not respond to Plaintiff's state court motions as this matter had been removed prior to their filing, and, therefore, represents that briefing on its motion is complete and ripe for ruling.

Respectfully submitted this the 27th day of April 2023.

        Respectfully submitted:

        By: */s/ Christopher R. Jones*
        Christopher R. Jones, #152060
        Jaime L. Wiesenfeld, # 21825
        GORDON REES SCULLY MANSUKHANI, LLP
        555 Seventeenth St., Suite 3400
        Denver, CO 80202
        Telephone:  (303) 534-5160
        Facsimile:  (303) 534-5161
        crjones@grsm.com
        jwiesenfeld@grsm.com
        *Attorneys for Jack in the Box Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served through the Court's e-filing system upon counsel of record and to *pro se* Plaintiff as set forth below on this the 27th day of April 2023:

Howard DeLaCruz-Bancroft
P.O. Box 1985
Albuquerque, NM 87192
comvetrix@gmail.com
*Plaintiff*

Andrew J. Simons
Alex G. Elborn
SUTIN, THAYER & BROWNE, P.C.
P.O. Box 1945
Albuquerque, NM  87103-1945
ajs@sutinfirm.com
age@sutinfirm.com
*Attorneys for Defendant NewBold Corporation*
*On behalf of its division,*
*National Service Center*

Jay J. Athey
LITTLER MENDELSON, P.C.
JAthey@littler.com
*Attorney for Defendant Field Nation, LLC.*

/s/ *Christopher R. Jones*