## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

HOWARD DELACRUZ-BANCROFT,

    Plaintiff,

v.                                                         Case No. 1:23-CV-00023-JB-KK

FIELD NATION, LLC; SPARTAN
COMPUTER SERVICES/NATIONAL
SERVICE CENTER; AND
JACK IN THE BOX INC.,

    Defendants.

## **NOTICE OF COMPLETION OF BRIEFING**

Defendant Field Nation, LLC states the following for its notice certifying that Defendant Field Nation, LLC's Motion to Compel Arbitration and to Dismiss Plaintiff's Claims is ready for decision.

1. Defendant Field Nation, LLC filed its Motion to Compel Arbitration and to Dismiss Plaintiff's Claims ("Motion") on March 24, 2023, Document 23.

2. Plaintiff's deadline to respond to Defendant Field Nation, LLC's Motion was due to the Court on April 7, 2023.

3. Defendant Field Nation, LLC filed its Reply in Support of its Motion on April 27, 2023, Document 28.

4. Plaintiff filed a Response to Defendants Motion to Dismiss and Motion to Compel Arbitration and to Dismiss Plaintiff's Complaint on February 16, 2024, Document 39.

5. Defendant Field Nation, LLC filed its Reply in Support of its Motion to Compel Arbitration on March 1, 2024, Document 42.

Accordingly, the Motion is ripe for decision.

Respectfully submitted this 6th day of March, 2024.

                        LITTLER MENDELSON, P.C.

                        */s/ Jay J. Athey*

                        Jay J. Athey
                        JAthey@littler.com
                        201 Third Street NW, Suite 500
                        Albuquerque, NM  87102
                        505.944.9693 (telephone)
                        505.213.0415 (facsimile)

                        R. Shawn Oller (NM State Bar No. 8787)
                        soller@littler.com
                        Camelback Esplanade
                        2425 East Camelback Road, Suite 900
                        Phoenix, AZ  85016
                        Telephone:602.474.3600
                        Facsimile: 602.957.1801

                        *Attorneys for Defendant Field Nation, LLC*

I hereby certify that, on this 6th day of March, 2024, I filed the foregoing using CM/ECF, which caused service by electronic means on Plaintiff and all counsel of record as follows:

Howard DeLaCruz-Bancroft
P.O. Box 11985
Albuquerque, NM 87192
Email: comvetrix@gmail.com

*Plaintiff, Pro Se*

Christopher R. Jones
Jaime L. Wiesenfeld
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth St., Suite 3400
Denver, CO 80202
Email: crjones@grsm.com
       jwiesenfeld@grsm.com

*Attorneys for Jack in the Box Inc.*

Andrew J. Simons
Alex G. Elborn
Post Office Box 1945
SUTIN, THAYER & BROWNE
Albuquerque, NM 87103-1945
Email: ajs@sutinfirm.com
       age@sutinfirm.com

*Attorneys for Defendants NewBold Corporation On behalf of its division, National Service Center*

Jay J. Athey